Tarshish **McDONALD**, individually and as representative of others similarly situated, Plaintiff–Appellant,

v.

David **GEE**, Hillsborough County Sheriff, in his official capacity, Deputy Stu Gray, Badge # 3277, in his individual capacity, Defendants–Appellees.

No. 06–13730

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 21, 2006.

Karol K. Williams, Law Office of Karol K. Williams, P.A., Tampa, FL, for Plaintiff–Appellant.

Jason Gerard Gordillo, Hillsborough County Sheriff's Office, Tampa, FL, for Defendants–Appellees.

Before WILSON, PRYOR and FAY, Circuit Judges.

PER CURIAM:

This is an action brought under § 1983 against a Deputy and the Sheriff of Hills-

borough County, Florida. The allegations deal with an arrest warrant obtained by Deputy Gray and an arrest made thereafter. Sheriff Gee was alleged to have implemented a policy of targeting and harassing African–Americans for non-existing violations. The parties consented to the matter being handled by a United States Magistrate Judge. Summary judgment was entered in favor of both defendants.

After reviewing the record and the briefs of the parties, we affirm the summary judgments for the reasons set forth in the ORDER of the United States Magistrate Judge dated May 31, 2006 and corrected on July 5, 2006.

**AFFIRMED.**